UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YASSER OSMIN GARCIA-GARCIA , Petitioner, v. MARKWAYNE MULLIN, Respondent. | CASE NO. C26-2389JLR<br>ORDER |

Before the court is the parties' joint status report filed pursuant to the court's August 28, 2026 order. (JSR (Dkt. # 24); *see* 8/28/26 Order (Dkt. # 18).) In that order, the court extended the temporary restraining order ("TRO") already in effect in this action to Friday, September 11, 2026, and ordered the parties to meet and confer regarding a proposed briefing schedule for Petitioner's anticipated motion for a preliminary injunction. (*See* 8/28/26 Order at 3.) The court reiterated to Petitioner that he must formally move for a preliminary injunction to request an extension of the TRO

and expressed its concern regarding the parties' lack of diligence in bringing this matter to a resolution. (*See id.* at 2-3; *see also* 8/15/26 Order (Dkt. # 17) (also instructing Petitioner that if he wished to extend the TRO, he must file a preliminary injunction motion).) As of the date of this order, Petitioner still has not filed a preliminary injunction motion and the parties have not come to agreement on a briefing schedule for any such motion. (*See generally* Dkt.; JSR.) On September 9, 2026, Respondents filed 48-hour notice of their intent to transfer Petitioner out of this District. (Notice (Dkt. # 22).)

The court remains disappointed in the parties' apparent inability to comply with its orders. The court, however, anticipates that it will issue a decision on Petitioner's petition for writ of habeas corpus during the first half of next week. Therefore, the court EXTENDS the TRO until it issues its order on Petitioner's petition.

Dated this 11th day of September, 2026.

Kymberly K Evanson on behalf of
JAMES L. ROBART
United States District Judge