UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YASSER OSMIN GARCIA-GARCIA , Petitioner, v. MARKWAYNE MULLIN, Respondent. | CASE NO. C26-2389JLR<br>ORDER |

The court GRANTS the amended petition for a writ of habeas corpus (Dkt. # 11).

Dated this 16th day of September, 2026.

JAMES L. ROBART
United States District Judge